**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01389-CV

## ROBERT WEBB AND RKW FAMILY FARM, LP, Appellants

## V.

## ERIC TOMBAUGH AND DENISE TOMBAUGH, Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-0180-2011**

## ORDER

We **GRANT** appellees' May 19, 2015 second unopposed motion for extension of time to

file brief and **ORDER** the brief be filed no later than May 26, 2015.


/s/     CRAIG STODDART
JUSTICE